# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFFORD B. REPOTSKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AMS LAW PC, et al.** | : | **NO. 17-3311** |

## ORDER

AND NOW, this 31st day of July, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii), for the reasons stated in the Court's Memorandum. To the extent plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), his claims are dismissed without prejudice to refiling only in the event his convictions are first invalidated.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*